UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ERIC M. BERMAN, P.C., et al.,

                                    Plaintiffs,

- against -

THE CITY OF NEW YORK, et al.,                        09 CV 3017 (ENV)(CLP)

                                Defendants.              (ECF Case)

------------------------------------------------------------------x

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs and Defendants that, pursuant to Fed. R. Civ. P. 41(a)(1), all remaining claims in this action that were not otherwise resolved by the Court's September 29, 2012 summary judgment decision or the January 24, 2013 Stipulation between the parties (Docket Entry No. 43) are hereby dismissed, with prejudice and without costs or attorneys' fees.

Dated:      Uniondale, New York
               December 28, 2015

| | |
|---|---|
| RIVKIN RADLER LLP | ZACHARY W. CARTER |
| Attorney for Plaintiffs | Corporation Counsel of the |
| 926 RXR Plaza | City of New York |
| Uniondale, New York 11556 | Attorney for Defendants |
| (516) 357-3000 | 100 Church Street |
| | New York, New York 10007 |
| | (212) 356-2215 |

By:      /s/                                  By:      /s/ Nicholas Ciappetta
      Max Gershenoff (MG 4648)                 Nicholas R. Ciappetta (NC 1014)